**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1502**

---

CINDY NELSON,

Plaintiff - Appellant,

versus

ARMFIELD WONG; VALERIE ZUCKERMAN; JANET
DEMARZO; GEORGE PATAKI; DUDLEY LEHMAN; DAVID
FREUNDLICH; JORDAN TRAGER; HEATHER NORTON;
PHEON BEAL; MIKE EASLEY,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Fox, Senior
District Judge.  (CA-04-307-5-F)

---

Submitted:  November 22, 2005      Decided:  December 1, 2005

---

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Cindy Nelson, Appellant Pro Se.  Christopher Michael Gatto, SUFFOLK
COUNTY DEPARTMENT OF LAW, Hauppauge, New York; Joseph C. Moore,
III, ALLEN & MOORE, Raleigh, North Carolina; Peter H. Schiff, NEW
YORK STATE OFFICE OF THE ATTORNEY GENERAL, Albany, New York; W. A.
Holland, Jr., Smithfield, North Carolina; J. Mark Payne, JOHNSTON
COUNTY ATTORNEY, Smithfield, North Carolina; Chris Zucco Sinha,
NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cindy Nelson appeals the district court's order dismissing her civil action seeking review of state court judgments. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Nelson v. Wong, No. CA-04-307-5-F (E.D.N.C. Mar. 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 3 -